UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| WILLIAM A. STRONG, GENEVIEVE H. STRONG, BETTY JANE STRONG, THE WILLIAM A. STRONG FAMILY LIMITED PARTNERSHIP, THE STRONG COMPANY INC., THE STRONG COMPANY, INC. PROFIT SHARING PLAN, THE STRONG CO. INC. RETIREMENT PLAN, WILLIAM A. STRONG GST TRUST, WILLIAM A. STRONG CHARITABLE REMAINDER TRUST, WILLIAM A. & GENEVIEVE H. STRONG FOUNDATION-CHARITABLE TRUST, WILLIAM A. STRONG, JR. TRUST, BETTY JANE JONES CHARITABLE REMAINDER UNITRUST, LARRY PORTER, RITA DIANA PORTER, MURRAY CLAYCOMB and JEANNE CLAYCOMB,<br><br> Plaintiffs,<br><br>v.<br><br>MORGAN KEEGAN & CO., INC.,<br><br> Defendant. | No. 4:09-cv-00898-JLH |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the agreement of all parties, as reflected in the signatures of counsel below, it is hereby ordered that all claims asserted by all parties are dismissed with prejudice. Each party shall bear its own costs.

It is so ORDERED.

Dated: April 5th, 2010

/s/ J. Leon Holmes
J. Leon Holmes
United States District Judge

Approved for entry:

/s/ H. Naill Falls Jr.
H. Naill Falls Jr.
FALLS & VEACH
1143 Sewanee Rd.
Nashville, TN 37220
615/242-1800
Attorneys for Plaintiffs

/s/ Kristen C. Wright
Kristen C. Wright
Bass Berry & Sims
100 Peabody Place, Suite 900
Memphis, TN 38103
901/543-5703
Attorneys for Defendant